Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUFFALO,<br><br>    Plaintiff,<br><br>v.<br><br>BONDED COLLECTION CORPORATION,<br><br>    Defendant. | CASE NO. CV09-04856 EDL<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT<br><br>Magistrate Judge: Elizabeth D. Laporte |

Pursuant to the parties' Stipulation to Extend Time to Respond to the Complaint, and for good cause shown, Defendant Bonded Collection Corporation shall have until November 16, 2009, to respond to Plaintiff Joseph Ruffalo's complaint.

IT IS SO ORDERED:

Dated: October 29, 2009



_____
Honorable Judge Elizabeth D. Laporte

RC1/5413074.1/PF1      [PROPOSED] ORDER